UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY HUNT, | |
| Plaintiff, | Case No. 2:12-cv-01348-LRH-GWF |
| vs. | **ORDER** |
| COMPUTER SCIENCES CORP., *et al*., | |
| Defendants. | |

This matter is before the Court on Defendants' Motion for Waiver of Attendance at ENE (#31), filed October 22, 2012. Defendants Salome Johnson, Tommy Jackson, and Elizabeth Morgan request that the Court excuse their physical attendance at the Early Neutral Evaluation scheduled for November 14, 2012. They allege that their attendance is not necessary or productive because Defendant Computer Sciences Corporation will have two representatives at the ENE. Defendants also contend that they would not make any contribution to the settlement and would need to travel to the ENE. After review, the Court finds that Salome Johnson, Tommy Jackson, and Elizabeth Morgan have not demonstrated good cause for the requested relief. These Defendants are individually named in this action and their personal attendance at the ENE is required.

Based on the foregoing and good cause therefore,

**IT IS HEREBY ORDERED** that Defendants' Motion for Waiver of Attendance at the Early Neutral Evaluation (#31) is **denied**.

Dated this 23rd day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge