**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NANCY HUNT,                                   )<br>                                                             )<br>          Plaintiff,                              )<br>                                                             )<br>vs.                                                        )<br>                                                             )<br>COMPUTER SCIENCES CORPORATION, a )<br>Nevada Corporation; RAY PORTILLO, an       )<br>individual; SALOME FAGG JOHNSON, an    )<br>individual; TOMMY JACKSON, an individual;)<br>ELIZABETH MORGAN, an individual             )<br>          Defendant.                          )<br>_____)  | Case No. 2:12-CV-01348-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants Tommy Jackson, Salome Johnson, Elizabeth Morgan and Ray Portillo's Motion for Waiver of Attendance at Settlement Conference (#96), filed on April 17, 2015. Plaintiffs were instructed to file a response, if they wished to do so, by April 27, 2015. No response was filed, and the time to do so has now passed.

Defendants Tommy Jackson, Salome Johnson, Elizabeth Morgan and Ray Portillo request that they be excused from attendance at the settlement conference, as none of them have decision-making authority regarding settlements. The named Defendants will also not be contributing to any potential settlement. Defendants have shown sufficient good cause for granting the waiver. Accordingly,

**IT IS HEREBY ORDERED** that Defendants Tommy Jackson, Salome Johnson, Elizabeth Morgan and Ray Portillo's Motion for Waiver of Attendance at Settlement Conference (#96) is **granted**.

**DATED** this 27th day of April, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge