# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NANCY HUNT,                                      )
                 Plaintiff,                       )          Case No. 2:12-cv-01348-APG-GWF
                                      )
vs.                                              )          **ORDER**
                                      )
COMPUTER SCIENCES CORPORATION, a                 )
Nevada Corporation; RAY PORTILLO, an             )
individual; SALOME FAGG JOHNSON, an              )
individual; TOMMY JACKSON, an individual;        )
ELIZABETH MORGAN, an individual                  )
                 Defendant.                 )
_____ )

      This matter is before the Court on the Status Report Regarding Settlement (#124) filed October 29, 2015, wherein the parties advised the court that this matter had been settled, and that the parties were in the process of finalizing a settlement agreement.  To date the parties have not filed dismissal papers.  Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a status report  by **December 28, 2015** advising the Court of the status of the settlement.

      DATED this 16th day of December, 2015.

                              _____
                              GEORGE FOLEY, JR.
                              United States Magistrate Judge