FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NANCY HUNT, <br><br> Plaintiff, <br><br> vs. <br><br> COMPUTER SCIENCES CORPORATION, a Nevada Corporation; RAY PORTILLO, an individual; SALOME FAGG JOHNSON, an individual; TOMMY JACKSON, an individual; ELIZABETH MORGAN, an individual; <br><br> Defendants. | Case No. 2:12-cv-1348-APG-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own

- 1 -

31294563

costs and attorney's fees.

| FISHER & PHILLIPS LLP | KEMP & KEMP |
|---|---|
| By: /s/<br>'Scott M. Mahoney, Esq.<br>300 South Fourth Street #1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants | By: /s/<br>James P. Kemp, Esq.<br>7435 Azure, Suite 110<br>Las Vegas, Nevada 89130<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2015